UNITED STATES' DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL CASE NUMBER:

CHUKWUMA E. AZUBUKO
Plaintiff

V.

DOUGLAS P. WOODLOCK – IN INDIVIDUAL & OFFICIAL CAPACITIES
Defendant

COMPLAINT

INTRODUCTION

The proceedings is dependent on condemnation of the Plaintiff to flagrant miscarriage of justice, deliberate indifference, judicial's discrimination, trespassers of the law. [C.f. App. 1] The Plaintiff was maliciously issued a traffic citation the New England School of law towards the end of 2008. The Plaintiff appealed it; the Boston Municipal Court (Central) had jurisdiction. Sadly, the Plaintiff was allegedly scheduled for a hearing and the Plaintiff never got it. The Plaintiff went to the said Court to request for a rescheduled hearing. To the said court, it was a legal's impossibility and it should not be so. It should be noted that "The Requirements for Due Process" under the 14th Amendment stipulated that the hearing notice mail should have been sent by certified mail. Evidently, it was not so – the mail was by first class mail. The Plaintiff never got it. It had nothing to do with the Plaintiff's address, the Plaintiff's mailing address had stable – used the address for 25-year at the time in question. The Plaintiff asked the said court to reschedule him for a hearing and the oldest man in the Clerk's Office at the time in question rejected the request flatly. There was a Caucasian man with similar problem, he was given a new hearing date and warned sternly not to miss the hearing date. The suspension of the

Page 1 of 3

Plaintiff's license was looming large. The Plaintiff came to the United States' District Court for an injunction. The case was assigned to the Defendant and he unconscionably revictimized the victim. He made the Plaintiff and his family's members life a living hell. He also caused the Plaintiff lingering health-related problems.

PARTIES

The Plaintiff resides in the Suffolk County, Massachusetts. The Plaintiff's contact address is as stated below! The Defendant is an employee of the United States. His contact address on official capacity will be: United States' Attorney General, 950 Pennsylvania Avenue – N.W., Washington D.C. 20530-00001.

**JURISDICTION**

That exists in constitutional, statutory and procedural bases. [Art. III Sec. 2; FRCP 4; Fifth Amendment; Eight Amendment; 28 U.S.C. Secs. 1343, 1361, 2505 and 2680(h); 42 U.S.C. Sec. 1981 and 1986; 49 U.S.C. Secs. 30301-8; 18 U.S.C. Secs. 241, 242, 245, 249, 1621 and 14141]

**VENUE**

That exists indisputably! [28 U.S.C. Secs. 2505 and 1391]

**BASES OF COMPLAINT**

01) That the Defendant denied the Plaintiff Equal Protection and Due Process Clauses, which are not the least constitutional's doctrines in the United States' if not the world over.

02) That the Defendant condemned the Plaintiff to overt judicial's discrimination.

03) That the Defendant acted as a trespasser of the law vis-à-vis the composition of App. 1.

04) That the Defendant intentionally deprived the Plaintiff his Civil Rights Act of 1964.

05) That the Defendant's actions qualify for deliberate indifference.

06) That the Defendant's actions violated the criminal law of the United States and calls for

mandatory reporting.

07) That the Defendant's actions or sanctions against the Plaintiff thus pre-filing condemnation devoid of pre- and post- hearings as is the rule qualifies for an unusual cruelty and abuse of process.

08) That the Defendant's actions violated the United States' Judicial Code of Conduct.

09) That the Defendant's conduct qualify for lack of skill thus not knowing that Rooker-Feldman's doctrine has qualifications as encompasses in the 28 U.S.C. Sec. 2283, Lance v. Dennis, 546 U.S. 459 (2006) and the Palm Sunday Compromise.

10) That the Defendant's actions qualify for "Conspiracy Against Rights," "Deprivation of Rights Under Color of Law,' perjury or/and violation of the oath of office.

11) That the Defendant's discriminatory actions caused the Plaintiff lingering health problems.

12) That the Defendant's actions qualify for immeasurable intentional and negligent infliction of emotional distress to the Plaintiff and his three family's members.

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

That is in keeping with the law and it is not a legal's impossibility! [Seventh Amendment]

**COMPENSATORY AND PUNITIVE DAMAGES**

The Plaintiff would demand $120m on official basis and $90m on individual basis. Cost and interest will be excluded!

*[signature]*　　　　　　　　　　　　　　　　Dated: Saturday – May 5th - 2018
CHUKWUMA E. AZUBUKO
*Pro Se*
P O Box 171121
Boston – MA 02117
Telephone: (857) 417 2044

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** AZUBUKO, CHUKWUMA E.

**DEFENDANTS** WOODLOCK, DOUGLAS P.

**(b)** County of Residence of First Listed Plaintiff: SUFFOLK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Chukwuma E. Azubuko
P O Box 171121
Boston — MA 02117

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C. Sec. 1361 or Sec. 2680(h)
Brief description of cause: Condemnation of the plt. to miscarriage of justice

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 210 m
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE: N/A
DOCKET NUMBER: N/A

DATE: 05/11/2018
SIGNATURE OF ATTORNEY OF RECORD: C. Azubuko

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT of MASS.

Chukwuma E. Azubuko

Plaintiff(s)

v.     Civil Action No.

DOUGLAS WOODLOCK IN IND. & OFF. CAPS.

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DOUGLAS WOODLOCK
U.S. District Court
One Courthouse Way
Boston — MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chukwuma E. Azubuko
Pro Se
P O Box 171121
Boston — MA 02117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
Signature of Clerk or Deputy Clerk